UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:

DANIIL RAPOPORT and
MARIA RAPOPORT,

        Debtors.
_____/

Case No. 11-45373-wsd
Chapter 13

Hon. Walter Shapero

DAVID FINDLING,
*State Court Appointed Receiver*,

        Plaintiff,

v.

DANIIL RAPOPORT and
MARIA RAPOPORT,

        Defendants.
_____/

Adv. Pro. No. 11-06933

**ORDER DENYING PLAINTIFF'S CLAIM TO ESTABLISH A NON-DISCHARGEABLE § 523(A)(2)(A) CLAIM, DISALLOWING PLAINTIFF'S PROOF OF CLAIM, AND OVERRULING PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PROPOSED CHAPTER 13 PLAN**

**THESE MATTERS** having come before the Court on state court appointed Receiver David Finding's Adversary Complaint to Determine the Dischargeability of Certain Debts [Adv. ECF No. 1], Findling's Objections to Confirmation of Debtors' 5th Chapter 13 Plan Modification [Bankr. ECF No. 409], and Debtors' Objection to Amended Claim of David Findling (Claim 12-2) [Bankr. ECF No. 282]; both parties represented through counsel; the Court having held a consolidated trial on all three issues which were subsequently taken under advisement;

**IT IS HEREBY ORDERED,** for the reasons set forth in the Opinion being entered contemporaneously:

**(I)** Findling's claim to establish a non-dischargeable § 523(a)(2)(A) debt is denied;

**(II)** Findling's Proof of Claim (Claim 12-2) is disallowed;

**(III)** Findling's Objections to Defendants' Proposed Chapter 13 Plan are dismissed.

.

**Signed on January 14, 2014**

                                                                       **/s/ Walter Shapero**
                                         **Walter Shapero**
                                         **United States Bankruptcy Judge**

**(IV)**